# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

MARGARET SAARI, AND HER SPOUSE
DAVID SAARI

NO.   2020 CW 0311

VERSUS

ELECTRIC INSURANCE COMPANY,
INC.

**MAY 1 2 2020**

---

In Re:   Margaret Saari, and her Spouse David Saari, applying for
supervisory writs, 22nd Judicial District Court, Parish
of St. Tammany, No. 2018-14646.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**JMM**
**WRC**

**Theriot, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT